FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 06 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | CR-05-0116-RHW |
| vs. ) | Order Of Dismissal Without Prejudice |
| JUAN BOLANOS-AGUIRRE, ) | |
|       Defendant. ) | |

Leave of court is granted for the filing of the foregoing dismissal without prejudice. The court makes no judgment as to merit or wisdom of this dismissal.

DATED this __6__ day of September, 2005.

Robert H. Whaley
United States District Judge

Order Of Dismissal Without Prejudice - 1
P50906TR.PBB.txt